FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2020

SEAN F. McAVOY, CLERK

PENALTY SLIP

DEFENDANT NAME:  **FAINYAN KAIN JAMES KIMMERLY**

TOTAL NO. COUNTS: 1

**VIO:  18 U.S.C. § 2251(a), (e)**
**Production and Attempted Production of Child Pornography**

PENALTY:  **CAG not less than 15 nor more than 30 years;**
**Up to a $250,000 fine;**
**Not less than 5 years and up to a lifetime of supervised release;**
**Sex offender registration; and**
**$100 special penalty assessment.**

**Pursuant to the Justice for Victims of Trafficking Act of 2015, upon conviction, an additional mandatory special assessment of $5,000 must be imposed absent a judicial finding of indigence.**

**Pursuant to the Amy, Vicky and Andy Child Pornography Victim Assistance Act of 2018, 18 U.S.C. § 2259A, upon conviction, in addition to any other criminal penalty, restitution, or special assessment authorized by law, the court shall assess an additional special penalty assessment of no more than $50,000**

**Notice of Criminal Forfeiture Allegations:**
**18 U.S.C. § 2253**

CASE NO.   2:20-CR-13-TOR-1

AUSA INITIAL   DMH