UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAINYAN KAIN JAMES KIMMERLY,<br><br>Defendant. | Case No. 2:20-CR-0013-TOR<br><br>Protective Order re: Computer Forensic Review Procedures for Child Pornography Contraband |

BEFORE THE COURT is the United States' Stipulated Protective Order re: Computer Forensic Review Procedures for Child Pornography Contraband (ECF No. 18) signed by David M. Herzog, Assistant United States Attorney for the Eastern District of Washington, and Defendant Fainyan Kain James Kimmerly ("Defendant"), through his attorney, Colin Prince of the Federal Defender's Office. Having reviewed the parties' stipulated protective order and the record, the Court is fully informed.

The Court orders the Stipulation (ECF No. 18) to be entered, and further orders the following:

The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this stipulation and order. The defense team shall

Protective Order Re: Computer Forensic Review Procedures for Child Pornography - 1

not remove any contraband images from the government reviewing facility.  A defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates.

Dated February 28, 2020.



                THOMAS O. RICE
Chief United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2020, I electronically filed the foregoing with the Clerk of the Court and parties of record using the CM/ECF System, which will provide an electronic copy to Defendant's counsel of record.

*s/ David M. Herzog*
David M. Herzog
Assistant United States Attorney